Jessie Benjamin KINDLEY,
Sr., Plaintiff–Appellant,

v.

Sergeant HICKS, Corrections Officer; Sgt. Coleman, Corrections Officer; Corporal Hyte, Corrections Officer; Corporal Bowers, Corrections Officer; Sergeant Lea, Corrections Officer; Ron Angelone, Executive Director; Doctor Wray, Physician–Mecklenburg Medical; Doctor Sturmer, Physician; Mrs. Wetherbee, Head Nurse–Mecklenburg Medical; Sergeant Fagan, Internal Affairs, Defendants–Appellees.

No. 02–6732.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Jessie Benjamin Kindley, Sr., Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jessie Benjamin Kindley, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Kindley's motions for discovery and production of docu-

ments and affirm on the reasoning of the district court. *See Kindley v. Hicks,* No. CA–01–768–2 (E.D.Va. Apr. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*